UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURENCE V. RUTKOVSKY,

                Plaintiff,

- against -

ALLSTATE INSURANCE COMPANY,

                Defendant.

Docket No.: 1:18 cv 05233 (PED)

**NOTICE OF APPEARANCE**

**S I R S :**

**PLEASE TAKE NOTICE,** that the LAW OFFICE OF CRAIG A. BLUMBERG, hereby appears as attorney for the plaintiff herein. All further papers should be served solely upon, and all further correspondence should be addressed solely to such counsel.

Dated: New York, New York
       August 20, 2018

                              _____
                              Craig A. Blumberg (CB 7166)
                              LAW OFFICE OF CRAIG A. BLUMBERG
                              Attorneys for Plaintiff
                              Fifteen Maiden Lane, 20th Floor
                              New York, New York 10038
                              (212) 346-0808
                              Craig@lawofficecab.com

To:   Skarzynski Black, LLC
        Attorneys for Defendant
        One Battery Park Plaza
        New York, NY 10004
        (212) 820-7700

g:\2688\summons