# LAW OFFICE OF CRAIG A. BLUMBERG

FIFTEEN MAIDEN LANE
20TH FLOOR
NEW YORK, NEW YORK 10038-4003

TELEPHONE (212) 346-0808
TELECOPIER (212) 346-0777

LONG ISLAND OFFICE
393 JERICHO TURNPIKE
2ND FLOOR
MINEOLA, NEW YORK 11501

August 20, 2018

**Via ECF**
Honorable Paul E. Davison
United States District Court
Southern District if New York
300 Quarropas Street
White Plains, NY 10601

> Re: Rutkovsky v. Allstate Insurance Company
> Our File No. 2699.01
> Docket No.: 18 CV 05233 (PED)

Dear Judge Davison:

We have recently been retained as attorney for the plaintiff herein. I write to respectfully request that the Conference scheduled for September 5, 2018, be adjourned.

It is also respectfully requested that all of the discovery deadline dates in the Civil Case Discovery Plan and Scheduling Order be extended for sixty days.

I have a mediation scheduled in the United States District Court, District of New Jersey, in a matter entitled *Good Fortune Supermarket of NJ, Inc. v. AmGuard Insurance Company*, Docket Number 16 CV 5714.

We thank the Court for its consideration.

Respectfully,

LAW OFFICE OF CRAIG A. BLUMBERG

By: /s/ Craig A. Blumberg
Craig A. Blumberg (CB 7166)

cc: Skarzynsky Black, LLC
Thomas H. Cellilli, Esq.