## LAW OFFICE OF CRAIG A. BLUMBERG

FIFTEEN MAIDEN LANE
20TH FLOOR
NEW YORK, NEW YORK 10038-4003

TELEPHONE (212) 346-0808
TELECOPIER (212) 346-0777

<u>LONG ISLAND OFFICE</u>
393 JERICHO TURNPIKE
2ND FLOOR
MINEOLA, NEW YORK 11501

February 20, 2019

**Via ECF**
Honorable Paul E. Davison
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

        Re:    Rutkovsky v. Allstate Insurance Company
               Our File No. 2699.01
               <u>Docket No.: 18 CV 05233 (PED)</u>

Dear Judge Davison:

      We represent the plaintiff in the above referenced matter currently pending before your honor. I write, with the consent of defense counsel, to request that the Conference scheduled for February 25, 2019, at 10:30 be rescheduled to 3:00 P.M. on the dame date. Thank you.

                        Respectfully submitted,

                        LAW OFFICE OF CRAIG A. BLUMBERG

                        By: _____
                              Craig A. Blumberg (CB 7166)

cc:    Skarzynsky Black, LLC
        Thomas H. Cellilli, Esq.