

Wells Fargo
PO Box 10335
Des Moines, IA 50306-0335

November 9, 2016

Laurence Rutkovsky
Sharon Feldman
16 Glen Park Road
Purchase, NY 10577-1904

Subject: Resolution to the inquiry received about account number 0353758576

Dear Mr. Laurence Rutkovsky and Ms. Sharon Feldman:

I'm glad we spoke about your request on November 08, 2016. I appreciate the opportunity to help you, and I'm sending this letter to summarize the key points from our conversation.

**Mortgage paid in full**

This letter confirms your Mortgage is paid in full as of November 1, 2016.

Thank you for your patience while we completed your request.

**Going forward**

We value your feedback and appreciate the time and effort you took to contact us. It's been my goal to fully address the concern you've brought to our attention.

If you have any questions, I'm here to help. You may reach me directly at 1-800-853-8516, extension 1335621135. I am available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time. If you require immediate assistance and I am unavailable, other representatives are available to assist you at 1-800-853-8516, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

*[signature]*

Brian Mcillece
Executive Resolution Specialist
Customer Care and Recovery Group

EX003/YFD/co1953298/ge6231556/cl936

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801