# LAND DEVELOPMENT APPLICATION



Must be completed for **ALL** land disturbing activity, or the creation / modification of impervious surfaces, or any work within a flood plain

## SITE INFORMATION

Property Address: 16 Glen Park Road
Block: 691   Lot: 69
Size of Parcel: 43,613 sf   SF (or) Acres

**Engineering Department Use Only**
APPLICATION #: 17-00068/eng

|  | YES | NO |
|---|---|---|
| FLOODWAY | ☐ | ☒ |
| FLOODPLAIN | ☐ | ☒ |

WATERSHED: Mamaroneck River

## DESCRIPTION OF PROJECT
Reconstruction of a single family home - total loss from fire damage

## LAND DISTURBANCE CLASSIFICATION

Area of Land Disturbing Activity: +/- 16,399.99 Square Feet (SF)
Impervious Area being Created/Modified: +/- 6,828 Square Feet (SF)

**Stormwater:** (please refer to checklist found on page 3 and 4 of this application for the appropriate requirements of each category)

☐ Land disturbance equals 0 SF, and Impervious Surface Created/Modified is less than 500 SF (general conditions)
☒ Tier 1: Land disturbance greater than 0 SF, less than 20,000 SF
   or
   Impervious Area being Created/Modified greater than 500 SF
☐ Tier 2: Land disturbance greater than 20,000 SF, less than 1 Acre
☐ Tier 3: Land disturbance 1 Acre or greater

**Town and Village of Harrison Engineering Department**
**FEB 17 2017 RECEIVED**

**Slope Category:** (area of each category combined should equal the total area of land disturbing activity stated above)

0% - 15%: 15,841.18 Sq.Ft.   25% - 35%: 0.32 Sq.Ft.
15% - 25%: 558.49 Sq.Ft.   35% +: 0 Sq.Ft.

## CONTACT INFORMATION

*Landowner* — Name: Larry Rutkovsky   Street: 16 Glen Park Road
City: Harrison   State: NY   Zip Code: 10528
Phone: 914.261.5295   Fax:   Email:

*Designer* — Name: Paul Berté   Street: 600 North Broadway
City: White Plains   State: NY   Zip Code: 10603
Phone: 914-358-5009   Fax:   Email: paul@fusionepc.com

**Engineering Department Use Only**

APPROVED BY: [signature]   Date: 8-9-18
☐ Approved with conditions   ☐ Approved with Stipulations   ☐ Stormwater Features not required

REVISED 10-28-13   ENGINEERING@HARRISON-NY.GOV   1

Harrison_000009

# LAND DEVELOPMENT APPLICATION



Must be completed for **ALL** land disturbing activity, or the creation / modification of impervious surfaces, or any work within a flood plain

## LAND DESCRIPTION

| | YES | NO |
|---|---|---|
| Are there any rights-of-way, easements, restrictive covenants or conditions of approval which encumber the property? If so, please indicate the nature of these restrictions and supply three (3) copies of the legal instrument (i.e. deed, covenant, conservation easement, approval letter, etc.) which created this restriction. | ☐ | ☒ |
| Is the property being served by a septic system? | ☒ | ☐ |
| Is the property being served by a well? | ☐ | ☒ |
| Is proposed work being done within a wetland or wetland buffer? | ☐ | ☒ |
| Is proposed work being done within 100 feet of a water course? | ☒ | ☐ |
| Is proposed work being done within a Town right-of-way? | ☐ | ☒ |
| Is proposed work being done within an easement located on the property? | ☐ | ☒ |
| Are trees larger than 4" being removed during this project? | ☒ | ☐ |
| Is there fill being delivered from an off-site location? | ☐ | ☒ |
| Will there be any re-grading of the property during this project? | ☒ | ☐ |
| Will you be connecting into a Town utility? | ☐ | ☒ |

## DESIGN INFORMATION

Plans Prepared By:

Name: Paul Berte     License #: 071859

[Seal: STATE OF NEW YORK, PAUL A. BERTE, LICENSED PROFESSIONAL ENGINEER, 071859]

Signature of Professional     Date: 2/6/17

Signature of Owner     Date: 2/6/17

Signature of Applicant     Date:

 Follow us on Twitter: @HarrisonEngDpt

www.harrison-ny.gov/engineering