Connor Mill-Built Homes, LLC

227 Pond Lane
Middlebury, VT 05753

# Invoice

| Date | Invoice # |
|---|---|
| 8/4/2017 | 1008 |

**Bill To**
Larry Rutkovsky
16 Glen Park Road
Purchase, New York 10577-1904

PAID 08/07/2017

| P.O. No. | Terms | Project |
|---|---|---|
|  |  | 17-08 Rutkovsky |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Non-refundable design consultation, schematic design and permit drawing review for the Mercy Weldon house. | 25,000.00 | 25,000.00 |

Thank you for your business with Connor Mill-Built Homes!

**Total**    $25,000.00

**Connor 000001**