

FRONT VIEW OF
SUBJECT PROPERTY



REAR VIEW OF
SUBJECT PROPERTY



STREET SCENE

| Client: LARRY RUTKOVSKY | File No.: 12060105 |
|---|---|
| Property Address: 16 GLEN PARK ROAD | Case No.: |
| City: PURCHASE | State: NY | Zip: 10577 |



GARAGE



ADDITIONAL SIDE VIEW



BROOK