

Garage with Side View



Garage with Front View

Case 7:18-cv-05233-PED   Document 41-10   Filed 07/22/19   Page 3 of 3

