From: Paul Berte <paul@fusionepc.com>
Subject: FW: 16 Glen Park Road Wetland
Date: January 23, 2018 at 12:11:31 PM EST
To: "Larry Rutkovsky (larryR@bensonassociates.com)" <larryR@bensonassociates.com>


Thank you

Paul Berté

**fusion engineering pc**
**o** 914.358.5009
**c** 914.263.7565

**From:** Beth Evans [mailto:beth@eaec-inc.com]
**Sent:** Tuesday, January 23, 2018 11:54 AM
**To:** Paul Berte <paul@fusionepc.com>
**Cc:** 'Pat Cleary' <cleary@optonline.net>; 'MAmodeo@harrison-ny.gov' <MAmodeo@harrison-ny.gov>
**Subject:** RE: 16 Glen Park Road Wetland

Paul,

I have submitted my report to the Planning Board, and I am sure that Rosemarie will send it to you when she distributes it to the Board. I am going to try to get to the meeting tonight so that I can review the application with the Board in person. In short, as I told you when we spoke last, the intent of the wetland/watercourse regulations is to 1) avoid impacts to the extent practical; 2) minimize unavoidable impacts; and 3) provide mitigation for unavoidable impacts. In my opinion, your plan and application falls short on all three counts.

As to your comment regarding the timing of the application, I met briefly with Pat Cleary, Mike Amadeo, and Rocco Germani in late

December, after your initial phone call to me, to be sure that I understood what you had been told with regard to the need for the application. Pat and Mike first asked me to look at the property on December 13th, after the Planning Board site visit at 6 Glen Park Road. I am not sure what or who made you to think that installing a new crossing over a watercourse and putting a new driveway within the regulated adjacent area of that watercourse would be exempt from wetland permit review, but I am surprised that someone with your professional experience did not question that determination. Had you left the driveway that exists and used it for access to the new house, I would agree with a determination that no wetland permit was required, but that is not what you were showing on plans that were originally dated in February of 2017.

Hopefully I will finish in Rye in time to make it to the Harrison Planning Board meeting tonight. If I don't make it, I hope that this email and my report make my position clear.

Beth Evans, PWS
*Evans Associates Environmental Consulting, Inc.*
205 Amity Road
Bethany, CT 06524

203-393-0690 x112 (office)
203-710-9219 (cell)
beth@eaec-inc.com

**From:** Paul Berte [mailto:paul@fusionepc.com]
**Sent:** Monday, January 22, 2018 3:47 PM
**To:** Beth Evans <beth@eaec-inc.com>
**Subject:** 16 Glen Park Road Wetland

Beth,
In anticipation of receiving your feedback on this application, just wanted to share a few additional thoughts. I heard your position of not supporting another crossing to this watercourse and anxious to

read your recommendation to the board outlining the scientific and environmental impacts supporting your position.

The reason to switch the driveway and crossing to the north side of the property is to accommodate the owner's development program to reconstruct a house with the driveway near first floor level. The property slopes from elevation 114 in the northeast corner to elevation 94 in the southwest corner, the site plan was designed to utilize existing grades to make the transition from a garage under the house to a garage near first floor elevation without creating extensive (code compliant) retaining wall adjacent to the on-site septic system located in the south lawn.  Our approach to significantly reduce the driveway area in the buffer (from existing conditions), construct a crossing with minimal impact to the watercourse, and minimize further disturbance to the watercourse to maintain the existing crossing (without pavement) is the practical approach to this application

If your concern is having 2 watercourse crossing on this property, would you reconsider your position if the owner agreed to remove the existing crossing on the south side of the property and restore that section of the watercourse?

As always, time is of the essence. Had this applicant been referred to the planning board for this permit last February when the land development application was submitted, time would not be as critical a factor as it has now become. I am trying to represent my client as best I can, as I understand you are as well, I appreciate the ability to have this dialog in advance of the meeting in the effort to present a solution that is agreeable to both the Town and my client.


Thank you,

Paul Berté

**fusion engineering pc**

*600 North Broadway, Suite 215*
*White Plains, NY 10603*
**o** *914.358.5009*
**c** *914.263.7565*