| | |
|---|---|
| **From:** | Paul Berte |
| **To:** | Larry Rutkovsky (larryR@bensonassociates.com) |
| **Cc:** | "stephen@fusionepc.com"; Azim Aliriza |
| **Subject:** | Preliminary Schedule with Avery |
| **Date:** | Wednesday, September 27, 2017 12:26:00 PM |

Based on a conversation with Avery/Connor Homes this morning, preliminary project scheduling to coincide with Connor's production delivery schedule.

October 10, 2017 - ARB meeting:
- Connor needs ±4 weeks to develop/prepare construction plans, he did not want to start preparing these documents until after ARB approval, which is typical. If changes to the plans are required based upon the outcome of the meeting, additional costs might be incurred.

November 6, 2017 - Submit Permit Drawings for Building Department Approval
- I/(Fusion) agreed to sign/seal architectural plan set to expedite receipt of permit drawings.
- Allow 2 weeks to review/issue building permits

November 17, 2017 – Survey stakeout for foundation offsets and driveway centerline
November 20, 2017 – Mobilize/start excavation of foundation
November 27, 2017 – Start Footings/Foundation/Waterproofing/Sill Plate/Backfill
December 15, 2017 – Install steel beam/columns
December 18, 2017 – Set House

Besides weather, the items in yellow are variables that can impact this schedule positively or negatively.

Please comment, I would like to send this to Connor to confirm his ability to deliver on (or before 12/18/17)

Thank you

Paul Berté

**fusion engineering pc**
*engineering consultants serving the construction and real estate development communities*
**o** 914.358.5009
**c** 914.263.7565
**f** 914.412.7665
600 north broadway suite 215 white plains ny 10603
***fusionengineeringpc.com***