Laurence V. Rutkovsky
16 Glen Park Road
Purchase, NY 10577

VIA EMAIL: CDCJ3@allstate.com

September 28, 2017

Mr. Daniel Cippolone
Senior Claim Service Analyst
Allstate Insurance Company
1125 RXR PLAZA
Uniondale NY 11556

Re: Rutkovsky/FeldmanPolicy Policy # 078708985
Claim #0414356832

Dear Mr. Cippolone:

You are hereby authorized to speak with Dr. Eric A. Kreuter, my consultant, with respect to all aspects of my claim resulting from fire loss event of May 21, 2016. I appreciate your cooperation, efforts to date, and look forward to a prompt resolution of all outstanding elements of my claim.

Dr. Kreuter's contact information is:

**ERIC A. KREUTER, Ph.D., CPA, CGMA, CFE, Partner**
Financial Advisory Services
**Marks Paneth LLP**
685 Third Avenue, New York, NY, 10017
P. 212.201.3117 F. 212.201.3118
E. ekreuter@markspaneth.com

Thank you,

*[signature]*

Laurence V. Rutkovsky

AL01566