CT Corporation

**Service of Process Transmittal**
06/01/2018
CT Log Number 533442587

**TO:**   Maria Maguire
Allstate Insurance Company
878 Veteran Memorial Highway, Suite 300
Hauppauge, NY 11788

**RE:**   **Process Served in New York**

**FOR:**   Allstate Insurance Company  (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | LAURENCE V. RUTKOVSKY, Pltf. vs. ALLSTATE INSURANCE COMPANY, Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Complaint, Verification |
| **COURT/AGENCY:** | Westchester County: Supreme Court, NY<br>Case # 578842018 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Regular Mail on 06/01/2018 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | New York |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Laurence V. Rutkovsky<br>225 Stanley Avenue. #222<br>Mamaroneck, NY 10580<br>212-683-5962 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780121668092 |
| | Image SOP |
| | Email Notification,  Maria Maguire  Maria.Maguire@allstate.com |
| | Email Notification,  Michael Caputo  Michael.Caputo@allstate.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 111 8th Ave Fl 13<br>New York, NY 10011-5213 |
| **TELEPHONE:** | 212-590-9070 |

**DOCKET HISTORY:**

| DOCUMENT(S) SERVED: | DATE AND HOUR OF SERVICE: | TO: | CT LOG NUMBER: |
|---|---|---|---|
| Summons, Complaint, Verification | By Process Server on 05/18/2018 | Maria Maguire<br>Allstate Insurance Company | 533366641 |

Page 1 of  1 / IP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

NEW YORK STATE
DEPARTMENT of
FINANCIAL SERVICES
ONE COMMERCE PLAZA
ALBANY, NY 12257



U.S. POSTAGE >> PITNEY BOWES

ZIP 12210 $ 001.21⁰
02 4W
0000355173 MAY 29 2018

CT Corporation System
Allstate Insurance Company
111 Eighth Avenue
New York NY 10011

NEW YORK STATE
**DEPARTMENT** *of*
**FINANCIAL SERVICES**

| Andrew M. Cuomo | Maria T. Vullo |
|---|---|
| Governor | Superintendent |

STATE OF NEW YORK

Supreme Court, County of WESTCHESTER

57884/2018

LAURENCE V. RUTKOVSKY                                              Plaintiff(s)

against

Defendant(s)

Allstate Insurance Company

RE :Allstate Insurance Company

Attorney for Plaintiff(s) and Defendant(s) please take notice as follows:

Attorney for  Plaintiff(s) is hereby advised of acknowledgement of service upon this Department Summons and Complaint in the above entitled action on May 21, 2018 at Albany, New York. The $ 40.00 fee is also acknowledged.

Original to Attorney for Plaintiff(s):

LAURENCE V. RUTKOVSKY
225 STANLEY AVENUE #222
MAMARONECK, New York 10580

Persuant to the requirement of section 1212 of the Insurance Law, Defendant(s) is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

CT Corporation System
Allstate Insurance Company
111 Eighth Avenue
New York, New York 10011

*Jacqueline Catalfamo*

**Jacqueline Catalfamo**
**Special Deputy Superintendent**

Dated Albany, New York, May 29, 2018
599657

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
————————————— ——————————————X

LAURENCE V. RUTKOVSKY

                            Plaintiff(s),

   - vs -

ALLSTATE INSURANCE COMPANY

                          Defendant(s).
————————————— ——————————————X

**SUMMONS**

Index No.: 57884/2018

Date Index No. Purchased

_____

**REC___ ___D**

To the Person(s) Named as Defendant(s) Above:

    PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to answer the complaint of the Plaintiff(s) herein and to serve a copy of your answer on the Plaintiff(s) at the address indicated below within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

MAY 1 7 2018

TIMOTHY C. IDONI
COUNTY CLERK
COUNTY OF WESTCHESTER

    YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Dated: May _17_ , 2018

_Laurence V. Rutkovsky_ (signature)
Signature
Laurence V. Rutkovsky
Print name

Address and Phone Number:
225 Stanley Avenue, # 222
Mamaroneck, NY 10543

_____

( 212 ) 683 - 5962

Defendant's Address: 1. Allstate Insurance Company, 21 Elm Place, Rye, NY 10580
                     2. Allstate Insurance Company, 878 Veterans Memorial Highway, 4th Floor, Happauge, NY 11788

Venue:   Plaintiff(s) designate(s) _Westchester_ County as the place of trial. The basis of this designation is *(check one)*:

    X  Plaintiff(s) reside in _Westchester_ County.
    ☐  Defendant(s) reside in _____ County.
    ☐  Other *(describe)*: _____

# NOTE: THIS FORM OF SUMMONS MUST BE SERVED WITH A COMPLAINT

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

LAURENCE V. RUTKOVSKY,

Plaintiff,

-against-

ALLSTATE INSURANCE COMPANY,

Defendant.

Index No. _____

**COMPLAINT**

RECEIVED

MAY 17 2018

TIMOTHY C. IDONI
COUNTY CLERK
COUNTY OF WESTCHESTER

TO THE SUPREME COURT OF THE STATE OF NEW YORK:

Plaintiff, Laurence V. Rutkovsky, alleges as follows:

1.      Plaintiff resides at 225 Stanley Avenue, Unit #222, Mamaroneck, NY 10543.

2.      Defendant Allstate Insurance Company has a place of business at 21 Elm Place, Rye, NY 10580, an agency from which Plaintiff bought the insurance policy that is at issue.

3.      Before May 21, 2016, Plaintiff purchased a "Deluxe Homeowners" insurance policy, No. 78708985, from Defendant covering the premises of the former principal residence owned by Plaintiff and his wife, Sharon L. Feldman, as joint tenants, at 16 Glen Park Road, Purchase, NY 10577.

4.      On May 21, 2016, that residence was destroyed by accident in a fire.

5.      Under terms of the policy, Defendant is obligated to pay Plaintiff $130,138.22 (the "Replacement Payment") due to Plaintiff's replacement of the property by Plaintiff's purchase of a new principal residence at 225 Stanley Avenue, Unit #222, Mamaroneck, NY 10580, on May 1, 2018.

6.      To date, Defendant has refused to pay or commit to pay the Replacement Payment to Plaintiff, necessitating this lawsuit.

7.   Plaintiff has complied with the conditions of the policy relevant to the Replacement Payment.

8.   By reason of the facts and circumstances stated above, Defendant has breached the contract and is doing so in bad faith.

9.   By reason of the facts and circumstances stated above, Plaintiff has been damaged by Defendant in the sum of $ *130,138.2* the replacement payment to which he is entitled under the policy, plus such consequential damages as have accrued and will continue to accrue and will be proven at trial.

WHEREFORE, Plaintiff demands judgment against Defendant in the sum of $ *130,138.2* plus such consequential damages as plaintiff proves at trial, plus interest on the amount of from the date hereof, costs and disbursements, together with such, other relief the Court finds to be just and proper.

Dated:  May *17*, 2018

_____
Laurence V. Rutkovsky
Plaintiff Pro Se

225 Stanley Avenue. #222
Mamaroneck, NY 10580
(212) 683-5962

2

## VERIFICATION

Laurence V. Rutkovsky, being duly sworn, deposes and says:

I am the Plaintiff in the above-entitled action. I have read the foregoing Complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true.

_____
Laurence V. Rutkovsky
Plaintiff

Sworn to before me this 17th day of May, 2018

_____
Notary Public

Bridget A. Deanan
Notary Public, State of New York
No. 04DE6216735
Qualified in Westchester County
Commission Expires August 15, 2019