## Cross Property Agent Full



| | | | |
|---|---|---|---|
| MLS#: | **4838877** *Active* | List Price: | **$900,000** |
| Addr: | **16 Glen Park Road** | | |
| PO: | **Purchase** | County: | **Westchester County** |
| City/Town: | **Harrison** | Zip: | **10577-1904** |
| Village: | **Harrison** | Hamlet/Loc.: | |
| P Type: | **Land** | Type: | **1 Family Dwelling** |
| Sub/Devel: | | Wtr Access: | **No** |
| Acres: | **1.003** | Extra Land: | **No** |
| Building SqFt: | | Brd of Health: | |
| Sch Dist: | **Harrison** | Elem: | **Purchase** |
| Jr High: | **Louis M. Klein** | High: | **Harrison** |

| | | | | | |
|---|---|---|---|---|---|
| Tax ID#: | **2801-000-691-00000-000-0069** | Tax: | **$3,498** | Tax Year: | **2018(Municipality)** |
| Avail Financing: | | Addl Fees: | **No** | Assmt: | **$2,400** |

| | | | |
|---|---|---|---|
| Elec Co: | **Con-Edison** | Utilities: | **Cable, Electric, Gas, Phone, Septic, Water** |
| Garbage: | **Public** | Utl Abt Site: | |
| Devel Status: | **Finished Lot** | Water: | **Municipal** |
| Bldg on Prop: | | Sewer: | **Septic** |
| Rd Front Desc: | **Municipal** | Features: | |
| Topography: | **Level** | Restriction: | |
| Doc Available: | | Soil Type: | |
| Location Desc: | **Residential** | | |
| Lot Description: | **Level** | | |

**Public Remarks**
Rare opportunity to build your own dream house on this gorgeous one acre lot in a lovely established neighborhood with Purchase Elementary School. Water, electricity and gas lines in place. This convenient location is just minutes to country clubs, shopping, schools and downtown White Plains. Easy commute to NYC.

**Agent Only Remarks**
Level one acre lot in a lovely established neighborhood. All utilities already in place, including septic. Site plans available. Survey attached to listing. Seller had submitted application to build. Original house was taken down and property cleared. There is a scenic small stream towards the front of the property but no flood insurance required. Minutes to White Plains. Purchase Elementary School. Please do not walk property without listing agent. Please feel free to call Dorthe Deubler at 914-907-7312 with any questions.

| | |
|---|---|
| Show Instr: | **Agent must accompany. Do not walk property.** |
| Access for Show: | **Broker** |
| Directions: | **Anderson Hill Road to Glen Park.** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Appt Ph: | **914-907-7312** | | | Appt Ph 2: | **914-967-0059** | DOM: | **183** |
| Owner: | **Withheld** | | | | | Org Price: | **$900,000** |
| LA: | **(29766) Dorthe Deubler** | | | LA Ph: | **(914) 907-7312** | Mod/Excl: | **M3** |
| LA Email: | **dorthe.deubler@cbmoves.com** | | | | | List Dt: | **08/20/2018** |
| LO: | **(CLBANS02) Coldwell Banker Res Brokerage** | | | LO Ph: | **(914) 967-0059** | Expire Dt: | **04/30/2019** |
| CLA: | | | | CLA Ph: | | Agr Type: | **ERS** |
| CLA Email: | | | | | | Neg Thru: | **Listing Agent** |
| CLO: | | | | CLO Ph: | | $/Acre: | **$897,218.62** |
| SA: | **2%** | BA: | **2%** | BRA: | **2%** | TOM Dt: | |
| | | | | | | OM Date: | |

Prepared By: Dorthe Deubler                                    Date Printed: 02/19/2019

© Copyright 2019 Hudson Gateway MLS, Inc. Data believed accurate but not warranted.

COLDWELL00001