Haviland, Angela

**From:** Rand, Kim
**Sent:** Wednesday, May 02, 2018 3:40 PM
**To:** Neuman, Nancy;Abrams, Ellen;Aldrich, Leslie;Amy Cole (E-mail);Peck, Ann;Benas, Michele;Bernal, Veralynn;Bhatia, Neelu;Bommarito, Anthony;Brendel, Diane;Brower, Rosemarie;Burns, Thomas G;Casey, Kathy;Cooper, Vikktoria;Cordazzo, Inita;Cronin, Susanna;Davis, Ellen;DeFeo, Adriane;Delaney, Kathryn;Deubler, Dorthe;Dipalermo, Grace;Scragg, Donna;Dunne, Peggy L;Petrillo, Elaine;Emanuel, Kate;Fanelli, Sharon;Feldman, Karen;Fishkind, Gail;Garfein, Hilary;Gasparino, April;Grundman, Sandy;Hios, Karen;Hirschhorn, Hope;Hobbins, Kathy;Jackson, Peggy;Johnston, Peggy;Tripodi, Judy;Kathy Ferrara;Kathy Sadjady;Keisha Brescia;Boucher, Kenneth;Kirkpatrick, Julie;Lambert, Lisa;Lipman, Jean;Malik, Silvat;Mary Jane Stanton;Mastellone, Katharine;McCabe, Trisch;McClernan, Maria;McCoy, Debra;Melissa Margiotti;Merrifield, Kathryn;Michele Flood (E-mail);Moquete, Rafael;Morad, Walid;Nagle, Shawne;Neuman, Richard S;Nowick, Ilana;O'Brien, Sue;Ofori-Amanfo, Celine;Paulson, Cliff A;Payne, Tammy;Pearlman, Sula;Topping, Peter;Petti, Danni;Priven, Liz;Robustelli, Rosanna C;Rodriguez, Angelica M;Rosenthal, Jana;Rothschild, Julie;Sabe, Elena E;Scott, Kevinb;scotti, jane;Sevean, Paula;Stack, Annalise;Steinberg, Michael;Susan Soltanpour;Tenner, Denise;Tripodi Paxton, Nicole;Viviane Megalli (E-mail);Welstead, Roty;Yavari, Kathy
**Subject:** Re: DO YOU KNOW How much an Acre of Land worth in West Harrison?

Thank you all!
The range I received from the best brokers in the best office in Westchester was $400-$900K.
The most "popular" price was about $500K.
I will keep you all posted.   I think this may work for an END USER not a builder.
Thanks again to the best office!



**Kim Rand**
Associate Real Estate Broker
Coldwell Banker Residential Brokerage
*Servicing Clients with Care Since 1986*
*Top 2% of NRT's Sales Associates*
25 Purdy Avenue, Rye NY 10580
**Cell: 917-796-3574**
My website
Like my Business Facebook Page
Find me on Zillow

**From:** Rand, Kim
**Sent:** Wednesday, May 2, 2018 7:56:06 AM
**To:** Neuman, Nancy; Abrams, Ellen; Aldrich, Leslie; Amy Cole (E-mail); Peck, Ann; Benas, Michele; Bernal, Veralynn; Bhatia, Neelu; Bommarito, Anthony; Brendel, Diane; Brower, Rosemarie; Burns, Thomas G; Casey, Kathy; Cooper, Vikktoria; Cordazzo, Inita; Cronin, Susanna; Davis, Ellen; DeFeo, Adriane; Delaney, Kathryn; Deubler, Dorthe; Dipalermo, Grace; Scragg, Donna; Dunne, Peggy L; Petrillo, Elaine; Emanuel, Kate; Fanelli, Sharon; Feldman, Karen; Fishkind, Gail; Garfein, Hilary; Gasparino, April; Grundman, Sandy; Hios, Karen; Hirschhorn, Hope; Hobbins, Kathy; Jackson, Peggy; Johnston, Peggy; Tripodi, Judy; Kathy

1